# EXHIBIT 1

# EXHIBIT 1

# reviewjournal.com



PRINT THIS

Powered by Clickability

The TSA's mini 'Watch List'
Posted by **Sherman Frederick**
Tuesday, May. 25, 2010 at 01:10 PM

Some people say the first mistake was to create the Transportation Security Administration -- it doesn't really stop terrorism, makes flying an even more unpleasant experience, and created a bureaucracy that will live on far past the initial threat.

Not sure I'd agree with all of that. But I will say that we made a fundamental mistake allowing the TSA to unionize. That makes about as much sense as unionizing the military.

For example, we now come to find out that the TSA is keeping a mini "watch list" of its own. It's not a watch list of potential terrorists. It's a watch list of peeved travelers who since 2007 have scared TSA workers by showing anger such as punching walls or kicking equipment. It makes their workplace uncomfortable, don't you know.

And how many pushy travelers are on this list that started in 2007, which includes names, Social Security numbers, home addresses, etc.? Well, TSA says their database has records from about 240 incidents. About 30 incidents involve passengers or airport workers threatening screeners. The remaining 210 incidents involve screeners in conflict with other screeners.

Screeners threatening other screeners? If you think I'm making this up, then click here for the rest of this sad story.

I'd like to think that someone in government would have enough sense to put an end to this kind of crazy. But it won't happen on this administration's watch. This is a gang that can't even call the current threat for what it is -- radical Islamic terrorism. I doubt they'd have the backbone to put a stop to a TSA shop steward collecting names of irritated travelers.

**Find this article at:**
http://www.lvrj.com/blogs/sherm/The_TSAs_mini_Watch_List_.html?ref=499

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 2

# EXHIBIT 2

Content feed    Comments Feed    Wednesday, June 2, 2010

# Stranger than fiction
Exposing the global elite

Submit

Home    About    Links    Legal Notice

Audio    Discussions    Features    Infowars    News    Prison Planet    Uncategorized    Video

## TSA Keeps Watchlist of Peeved Travelers
Read the Full Article
Posted by Truth   On May - 26 - 2010

Sherman Frederick
Las Vegas Review Journal
Wednesday, May 26th, 2010

Some people say the first mistake was to create the Transportation Security Administration — it doesn't really stop terrorism, makes flying an even more unpleasant experience, and created a bureaucracy that will live on far past the initial threat.

Not sure I'd agree with all of that. But I will say that we made a fundamental mistake allowing the TSA to unionize. That makes about as much sense as unionizing the military.

For example, we now come to find out that the TSA is keeping a mini "watch list" of its own. It's not a watch list of potential terrorists. It's a watch list of peeved travelers who since 2007 have scared TSA workers by showing anger such as punching walls or kicking equipment. It makes their workplace uncomfortable, don't you know.

And how many pushy travelers are on this list that started in 2007, which includes names, Social Security numbers, home addresses, etc.? Well, TSA says their database has records from about 240 incidents. About 30 incidents involve passengers or airport workers threatening screeners. The remaining 210 incidents involve screeners in conflict with other screeners.

**Full article here**





Prison Planet

## Add A Comment

Name (required)

Mail (will not be published) (required)

Website

Post



Watch live streaming video from trutv at livestream.com


2012

### 2012 Poll: What will make us change?
Posted by Truth
Jun-1-2010 | ADD COMMENTS


2012

### 2010-2012 prediction ringing true already...
Posted by Truth
Jun-1-2010 | ADD COMMENTS

Sign Up here for email feed...    Submit



© 2010 Stranger than fiction
'Remedy WP Theme' Designed by 'Web Hosting Geeks'



| Archives | Categories |
|---|---|
| June 2010 | 2012 |
| May 2010 | Alex Jones Show |
| April 2010 | ats |
| March 2010 | Big Brother |
| February 2010 | Black Op Radio |
| January 2010 | CBS |
| December 2009 | Conspiracies |
| November 2009 | Disclose TV |
| October 2009 | Economic Crisis |
| September 2009 | FAIR |
| August 2009 | Features |
| July 2009 | Globalism |
| June 2009 | GNN |
| May 2009 | infowars |
| April 2009 | Jim Marrs |
| March 2009 | Media Matters |
| February 2009 | Media Matters |
| January 2009 | MSNBC |
| December 2008 | News |
| November 2008 | Paranormal |
| January 1970 | Podcasts |
| | Prison Planet |
| | Uncategorized |
| | Video |
| | War on Terror |

Map



Meta

Register
Log in
Entries RSS
Comments RSS
WordPress.org

# EXHIBIT 3

# EXHIBIT 3

```
Type of Work:          Text

Registration Number / Date:
                       TX0007173597 / 2010-07-14

Application Title: The TSA's mini 'Watch List'.

Title:                 The TSA's mini 'Watch List'.

Description:           Electronic file (eService)

Copyright Claimant:
                       Righthaven LLC, Transfer: By written agreement.

Date of Creation:  2010

Date of Publication:
                       2010-05-25

Nation of First Publication:
                       United States

Authorship on Application:
                       Stephens Media LLC, employer for hire; Domicile: United
                          States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                       Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                          Avenue, Suite 210, Las Vegas, NV,  89129-7701, United
                          States, (702) 527-5900, dbrownell@righthaven.com

Names:                 Stephens Media LLC
                       Righthaven LLC

===========================================================================
```