John L. Krieger (NV Bar. No. 6023)
jkrieger@lrlaw.com
Nikkya G. Williams (NV Bar No. 11484)
nwilliams@lrlaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy. Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8389

Attorneys for Defendant Erin Wilcox

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>ERIN WILCOX, an individual; and STRANGER THAN FICTION, an entity of unknown origin and nature<br><br>Defendant. | Case No.: 2:10-cv-01192-RCJ-LRL<br><br>**ORDER GRANTING EXTENSION OF TIME** |

UPON CONSIDERATION of Defendant Erin Wilcox's Motion for Extension of Time to File a Responsive Pleading, the accompanying papers and for other good cause shown,

///

///

///

///

///

///

///

///

1    IT IS HEREBY ORDERED that Defendant shall have up to and including September 10,
2    2010 to answer or otherwise respond to the Complaint.
3    DATED this 1st day of September, 2010.

_____
Gloria M. Navarro
United States District Judge